# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TANIKO SMITH,

    Plaintiff,

vs.

BRIAN E. WILLIAMS, et al.,

    Defendants.

Case No. 2:12-cv-00952-APG-VCF

**ORDER**

    Petitioner has filed a first amended petition (#35). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

    IT IS THEREFORE ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the first amended petition (#35). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    DATED: May 21, 2015

_____
ANDREW P. GORDON
United States District Judge