# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TANIKO SMITH,

    Plaintiff,

vs.

BRIAN E. WILLIAMS, et al.,

    Defendants.

Case No. 2:12-cv-00952-APG-VCF

**ORDER**

    Petitioner having submitted an unopposed motion for an enlargement of time (first request) (#50), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time (first request) (#50) is **GRANTED**.  Petitioner will have through September 18, 2015, to file and serve a response to the motion to dismiss (#49).

DATED: 7/27/15

ANDREW P. GORDON
United States District Judge