**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TANIKO C SMITH, | Case No. 2:12-cv-0952-APG-VCF |
| Petitioner, | |
| v. | **ORDER GRANTING MOTION FOR PARTIAL DISMISSAL** |
| BRIAN E. WILLIAMS, SR.; ATTORNEY GENERAL OF THE STATE OF NEVADA, | (ECF No. 66) |
| Respondents. | |

Based on the motion filed by petitioner Taniko Smith (ECF No. 66), Grounds Two and Three of Smith's First Amended Petition are dismissed. The Respondents are ordered to file an Answer to the remaining Count One of the First Amended Petition within 30 days of entry of this Order. Smith shall have 30 days after the Answer is filed in which to file a Reply.

DATED this 7th day of November, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE