ADAM PAUL LAXALT
   Attorney General
Heidi Parry Stern (Bar. No. 8873)
   Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., #3900
Las Vegas, NV 89101-1068
(702) 486-3594 (phone)
(702) 486-2377 (fax)
HStern@ag.nv.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TANIKO C. SMITH,<br><br>   Petitioner,<br><br>vs.<br><br>BRIAN E. WILLIAMS SR.: ATTORNEY GENERAL OF THE STATE OF NEVADA,<br><br>   Respondents. | Case No. 2:12-cv-0952-APG-VCF<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Respondents respectfully request that all future pleadings, papers, and other documents be served on the following Chief Deputy Attorney General, 555 East Washington Avenue, Suite 3900, Las Vegas, Nevada 89101:

   Heidi Parry Stern
   HStern@ag.nv.gov

Respondents also respectfully request that the court no longer send any further pleadings, papers, or other documents to the following previously noticed attorney:

   Matthew S. Johnson
   MJohnson@ag.nv.gov

DATED this 15th day of December, 2017.

                ADAM PAUL LAXALT
                Attorney General

                By:   /s/ Heidi Parry Stern
                      Heidi Parry Stern (Bar. No. 8873)
                      Chief Deputy Attorney General

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   12-15-2017

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Notice of Substitution of Counsel* with the Clerk of the Court by using the CM/ECF system on the 15th day of December, 2017.

I certify that some of the participants in the case are not registered electronic filing system users. I have mailed the foregoing document by First-Class Mail; postage prepaid, or have dispatched it to a third party commercial carrier for delivery to the following unregistered participants:

Taniko C. Smith, #53348
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89701

/s/ K. Plett
An employee of the Office of the Attorney General