# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TANIKO SMITH,

    Plaintiff,

vs.

BRIAN E. WILLIAMS, et al.,

    Defendants.

Case No. 2:12-cv-00952-APG-VCF

**ORDER**

    Respondents have filed a motion for late filing (ECF No. 69) and a motion for extension of time (first request) (ECF No. 70). The court grants both motions.

    IT IS THEREFORE ORDERED that respondents' motion for late filing (ECF No. 69) is **GRANTED**.

    IT IS FURTHER ORDERED that respondents' motion for extension of time (first request) (ECF No. 70) is **GRANTED**. Respondents will have through February 5, 2018, to file and serve their answer.

    DATED: December 15, 2017.

                                                   ANDREW P. GORDON
                                                   United States District Judge