# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TANIKO SMITH,

    Plaintiff,

vs.

BRIAN E. WILLIAMS, et al.,

    Defendants.

Case No. 2:12-cv-00952-APG-VCF

**ORDER**

    Respondents have filed a motion for extension of time (second request) (ECF No. 73). The court grants both motions.

    IT IS THEREFORE ORDERED that respondents' motion for extension of time (second request) (ECF No. 73) is **GRANTED**. Respondents will have through March 7, 2018, to file and serve their answer.

    DATED: February 6, 2018.

                                                ANDREW P. GORDON
                                                United States District Judge