# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TANIKO SMITH, | Case No. 2:12-cv-00952-APG-VCF |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN E. WILLIAMS, SR., | |
| Respondents. | |

Petitioner having filed an unopposed motion for enlargement of time (first request) (ECF No. 77), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for enlargement of time (first request) (ECF No. 77) is **GRANTED**. Petitioner will have through May 7, 2018, to file and serve a reply to the answer (ECF No. 76).

Dated: April 12, 2018.

ANDREW P. GORDON
United States District Judge